In the Matter of Rose S. Geller, Respondent.
Mark H. Schneider, Appellant.

(Argued March 25, 1932; decided April 26, 1932.)

*Mark Henry Schneider* and *Seymour E. Ehrenzweiy* for appellant.

*Irving D. Lipkowitz* and *George W. Israel* for respondent.

Order affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Hubbs and Crouch, JJ. Not sitting: Kellogg and O'Brien, JJ.